IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:2 5cr606 |
| | ) |
| vs. | ) |
| | ) **WRIT OF HABEAS CORPUS** |
| PUQUAN HUANG, | ) **AD PROSEQUENDUM** |
| a/k/a "Ken" | ) |
| a/k/a "Ken H" | ) |
| a/k/a "Look" | ) |

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, **PUQUAN HUANG, a/ka "Ken," a/k/a "Ken H," a/k/a "Look,"**, is presently in the custody of the Sumter-Lee Regional Detention Center. It is therefore

ORDERED that Warden, or his authorized representative, deliver **PUQUAN HUANG, a/ka "Ken," a/k/a "Ken H," a/k/a "Look,"**,, to Special Agents and/or Federal Task Force Officers presenting this Order and proper identification for Defendant's initial appearance before this Court, and subsequently to the United States Marshals Service from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, SC

April 22, 2025.

ON MOTION OF:

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

BY: _____
Everett E. McMillian
Assistant U.S. Attorney

**RECEIVED**

APR 22 2025

FLORENCE, S.C.