E0388634

Case 3:25-cr-00606-CRI *SEALED*   Document 13   Filed 04/22/25   Page 1 of 1

AO 442 (Rev. 01/09) Arrest Warrant

FID# 11796365

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
7:23 am, Apr 23 2025
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

United States of America
v.

FNU NAIMULLAH, a/k/a "Nick" a/k/a "Naim Orakzai"
a/k/a "Mullah"   a/k/a "Nai Mullah"   a/k/a "Nick John"
a/k/a "Nai Ullah"
*Defendant*

Case No.  3:25cr606

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FNU NAIMULLAH, a/k/a "Nick" a/k/a "Naim Orakzai" "Nick", "Naim Orakzai", "Mullah", 'Nai Mull ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Sections 1956(h), 982(a)(1)
Title 21, United States Code, Sections 853
Title 28, United States Code, Section 2461(c)

Date: 04/22/2025

City and state:   Florence, SC

s/ Sharon Welch-Meyer, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4/23/25 , and the person was arrested on *(date)* 4/23/25
at *(city and state)* Columbia, SC .

Date: 4/23/25

*Arresting officer's signature*

TFO Jason Davidson
*Printed name and title*

USCA4